**SO ORDERED.**

Dated: December 07, 2009

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22798/23472368

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-21176-RTB |
| Nora C. Sanabria<br>Debtor. | Chapter 7 |
| U.S. Bank National Association, as trustee, on behalf of the holders of the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3, by Select Portfolio Servicing, Inc., as Servicer<br>Movant,<br>vs.<br>Nora C. Sanabria, Debtor, Maureen Gaughan, Trustee.<br>Respondents. | ORDER<br><br>(Related to Docket #16) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 26, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as trustee, on behalf of the holders of the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC3, by Select Portfolio Servicing, Inc., as Servicer is the current beneficiary and Nora C. Sanabria has an interest in, further described as:

> Unit 151, SCOTTSDALE TRAILS, according to the Declaration of Horizontal Property Regime recorded in Instrument No. 84-170922; Amendment recorded in Instrument No. 85-049273 and Declaration of Annexation recorded in Instrument No. 84-352249; Instrument No. 85-232436; in Instrument No. 85-344108; in Instrument No. 85-442525; in Instrument No. 85-516868; in Instrument No. 86-006280; in Instrument No. 86-078859; and in Instrument No. 86-078860; in Instrument No. 86-267155; in Instrument No. 86-267156; in Instrument No. 86-352626 and in Instrument No. 86-352627, and according to Book 265 of Maps, Page 50, records of Maricopa County, Arizona;
>
> TOGETHER WITH an undivided interest in the common elements as set forth in said Map, Declarations, Amendments and Declarations of Annexation.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT